UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY MIKAEL LOVISONE,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF CLEARLAKE, et al.,<br><br>      Defendants. | Case No. 26-cv-00988-JST<br><br>**ORDER ON STIPULATION**<br>Re: ECF No. 22 |

Before the Court is a stipulation filed by Plaintiff and Defendant County of Lake, ECF No. 22, and a partial opposition filed by Defendants Konocti Unified School District and Becky Salato, ECF No. 23. Having considered the positions of the parties, the Court orders as follows: Plaintiff shall file an amended complaint as to the allegations against County of Lake and may voluntarily dismiss any claims against Defendants' City of Clearlake and Daniel Eagle within ten (10) days of the Court order on the now pending motion to dismiss and strike filed by Defendants District and Salato.

     **IT IS SO ORDERED.**

Dated: April 15, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California